1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                                  DISTRICT OF NEVADA

7                                          * * *

8   EDWARD OSCKEL, etc., *et al.*,                    )
                                                      )
9                                    Plaintiff,       )        2:11-cv-0154-GMN-RJJ
                                                      )
10  vs.                                               )
                                                      )
11  RANDY JAMS PARDEE, etc., *et al.,*                )        **ORDER**
                                                      )
12                                   Defendant.       )
    _____           )

13

14          IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

    Report on September 16, 2011, November 16, 2011; and January 17, 2012.
15

            IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain
16

    the following:
17

18          1.      Shall identify the discovery that has been completed;

19          2.      Shall identify the discovery that remains outstanding;

20          3.      Shall identify any pending discovery motions; and,

21          4.      Shall detail all attempts to settle the case.

            DATED this  13th  day of July, 2011.
22

23

24
                                        _____
25                                      ROBERT J. JOHNSTON
                                        United States Magistrate Judge
26

27

28