BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
LAUREN SPROEHNLE, ESQ.
Nevada Bar No. 011463
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD OSCKEL, an individual; and TONYA OSCKEL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDY JAMES PARDEE, an individual; NEW PRIME, INC., a Missouri Corporation; DOES 1 through 20, inclusive; and ROE CORPORATIONS 21 through 40, inclusive,<br><br>Defendants. | CASE NO. 2-11-cv-00154-GMM-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

Please take notice that Jacqueline N. Walton, Esq., Nevada Bar No. 10602, is no longer affiliated with the firm Stephenson & Dickinson. Thus, please take her off the service list for this matter.

/ / /

/ / /

/ / /

/ / /

1

Additionally, please take notice that Lauren L. Sproehnle, Nevada Bar No. 11463 has become affiliated with the firm of Stephenson & Dickinson and should be listed as of one of the attorneys of record for Defendants.

DATED this 22nd day of July, 2011.

STEPHENSON & DICKINSON, P.C.

*/s/ Bruce Scott Dickinson*

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
LAUREN L. SPROEHNLE, ESQ.
Nevada Bar No. 114632
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*email: admin@sdlawoffice.net*
Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 27, 2011

2