JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: 702-240-5191 Fax: 702-240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD OSCKEL, individually, and TONYA OSCKEL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDY JAMES PARDEE, individually; NEW PRIME, INC., a foreign corporation, d/b/a PRIME INC.; DOES I through 20; and ROE CORPORATIONS 21 through 40, inclusive,<br><br>Defendants. | Case No. 2-11-cv-00154-GMN-NJK<br><br><br>**ORDER**<br>AS AMENDED PAGE 2 |

### JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

COME NOW, Plaintiffs, EDWARD OSCKEL and TONYA OSCKEL, and Defendants, RANDY JAMES PARDEE, NEW PRIME, INC., a foreign corporation, d/b/a PRIME INC., by and through their respective counsel pursuant to LR 16, hereby submit the following Joint Request to Extend Deadline to File Joint Pretrial Order:

/ / /

/ / /

BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191   FAX: 702-240-5797

1    The Parties have a mediation scheduled for April 5, 2013 before Stewart Bell. The

2 Parties are requesting an extension of time to file the Joint Pretrial Order through April 19, 2013

3 in order to facilitate the mediation in this matter.

5 Dated this 19th day of March, 2013.      Dated this 19th day of March, 2013.

7 /s/Jerome R. Bowen, Esq.      /s/Bruce Scott Dickinson, Esq.
JEROME R. BOWEN, ESQ.      BRUCE SCOTT DICKINSON, ESQ.
8 Nevada Bar No. 4540      Nevada Bar No. 2297
SARAH M. BANDA, ESQ.      MICHAEL HOTTMAN, ESQ.
9 Nevada bar No. 11909      Nevada Bar No. 8501
**BOWEN LAW OFFICES**      **STEPHENSON & DICKINSON, P.C.**
10 9960 W. Cheyenne Avenue, Suite 250      2820 W. Charleston Blvd., Suite B-19
Las Vegas, Nevada 89129      Las Vegas, Nevada 89102
11 Attorney for Plaintiffs      Attorney for Defendant New Prime Inc.

14 Dated this 19th day of March, 2013.

15 s/ Michael C. Mills, Esq.
MICHAEL C. MILLS, ESQ.
16 Nevada Bar No. 3534
CARRIE MCCREA HANLON, ESQ.
17 Nevada Bar No. 3902
**MILLS & ASSOCIATES**
18 3650 N. Rancho Drive, Ste 14
Las Vegas, Nevada 89130
19 **Attorney for Defendant Randy James Pardee**

20    IT IS SO ORDERED.

Although the parties failed to comply with LR 26-4 by not filing the stipulation 21 days before the subject deadline, and by failing to show excusable neglect for the delayed filing, the Court nevertheless grants this stipulation in light of the potential for settlement.

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2