JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: 702-240-5191 Fax: 702-240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD OSCKEL, individually, and TONYA OSCKEL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDY JAMES PARDEE, individually; NEW PRIME, INC., a foreign corporation, d/b/a PRIME INC.; DOES I through 20; and ROE CORPORATIONS 21 through 40, inclusive,<br><br>Defendants. | Case No. 2-11-cv-00154-GMN-NJK<br><br>**ORDER**<br>AS AMENDED PAGE 2 |

### JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

COME NOW, Plaintiffs, EDWARD OSCKEL and TONYA OSCKEL, and Defendants, RANDY JAMES PARDEE, NEW PRIME, INC., a foreign corporation, d/b/a PRIME INC., by and through their respective counsel pursuant to LR 16, hereby submit the following Joint Request to Extend Deadline to File Joint Pretrial Order:

///

///

1  The Parties have a mediation scheduled for April 5, 2013 before Stewart Bell. The
2  Parties are requesting an extension of time to file the Joint Pretrial Order through April 19, 2013
3  in order to facilitate the mediation in this matter.
4
5  Dated this 19th day of March, 2013.                Dated this 19th day of March, 2013.
6
7  /s/Jerome R. Bowen, Esq.                           /s/Bruce Scott Dickinson, Esq.
   JEROME R. BOWEN, ESQ.                              BRUCE SCOTT DICKINSON, ESQ.
8  Nevada Bar No. 4540                                Nevada Bar No. 2297
   SARAH M. BANDA, ESQ.                               MICHAEL HOTTMAN, ESQ.
9  Nevada bar No. 11909                               Nevada Bar No. 8501
   **BOWEN LAW OFFICES**                              **STEPHENSON & DICKINSON, P.C.**
10 9960 W. Cheyenne Avenue, Suite 250                 2820 W. Charleston Blvd., Suite B-19
   Las Vegas, Nevada 89129                            Las Vegas, Nevada 89102
11 Attorney for Plaintiffs                            Attorney for Defendant New Prime Inc.
12
13
14 Dated this 19th day of March, 2013.
15 s/ Michael C. Mills, Esq.                          Although the parties failed to comply with
   MICHAEL C. MILLS, ESQ.                             LR 26-4 by not filing the stipulation 21
16 Nevada Bar No. 3534                                days before the subject deadline, and by
   CARRIE MCCREA HANLON, ESQ.                         failing to show excusable neglect for the
17 Nevada Bar No. 3902                                delayed filing, the Court nevertheless
   **MILLS & ASSOCIATES**                             grants this stipulation in light of the
18 3650 N. Rancho Drive, Ste 14                       potential for settlement.
   Las Vegas, Nevada 89130
19 **Attorney for Defendant Randy James Pardee**
20       IT IS SO ORDERED.
21
22
                                                      _____
23                                                    UNITED STATES DISTRICT JUDGE
                                                      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
                                           Page 2 of 2

BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191   FAX: 702-240-5797