1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                               DISTRICT OF NEVADA
9                                      * * *
10   EDWARD OSKEL, et al.,                    )
                                              )
11          Plaintiff,                        )          2:11-cv-154-GMN-NJK
                                              )
12   vs.                                      )
                                              )          **O R D E R**
13   RANDY JAMES PARDEE, et al.,              )
                                              )
14          Defendant.                        )
     _____)

15
16          This matter is before the Court Plaintiff's Emergency Request for Suspension of All
     Deadlines and Briefing Pending Mediation (#142).
17
18          The Parties have a supplemental mediation scheduled for April 5, 2013.  The Plaintiff has
     requested that all deadlines and briefing be suspended pending the mediation. The Plaintiff met and
19
     conferred with all parties except New Prime prior to requesting this suspension. The Plaintiff did
20
     attempt to contact New Prime, but was unable to do so prior to the filing of this motion.
21
22          Pursuant to LR 16.1-3, the Court may modify obligations and deadlines based on the
     circumstances of any particular case. LR 16.1-3. "Modifications also may be proposed by request
23
     upon a showing of good cause." *Id*.  "In advance of submission of any request for a modification,
24
     the parties shall meet and confer for purposes of reaching an agreement, if possible, upon any
25
     modification." *Id*.
26
27          Although the Plaintiff was unable to meet and confer with New Prime, the Plaintiff has
     shown good cause for the requested suspension of deadlines.  Accordingly, the request is
28
     GRANTED.

1

**CONCLUSION**

2

Based on the foregoing, and good cause appearing therefore,

3

IT IS HEREBY ORDERED that Plaintiff's Emergency Request for Suspension of All

4

Deadlines and Briefing Pending Mediation (#142) is **GRANTED**;

5

**IT IS FURTHER ORDERED** that all deadlines and briefing currently due on or before

6

April 5, 2013, are hereby due April 12, 2013.

7

DATED this __28th__ day of March, 2013.

8

9

10

_____

11

NANCY J. KOPPE
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28