UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD OSKEL, et al., ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-154-GMN-NJK |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| RANDY JAMES PARDEE, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court Plaintiff's Emergency Request for Suspension of All Deadlines and Briefing Pending Mediation (#142).

The Parties have a supplemental mediation scheduled for April 5, 2013. The Plaintiff has requested that all deadlines and briefing be suspended pending the mediation. The Plaintiff met and conferred with all parties except New Prime prior to requesting this suspension. The Plaintiff did attempt to contact New Prime, but was unable to do so prior to the filing of this motion.

Pursuant to LR 16.1-3, the Court may modify obligations and deadlines based on the circumstances of any particular case. LR 16.1-3. "Modifications also may be proposed by request upon a showing of good cause." *Id*. "In advance of submission of any request for a modification, the parties shall meet and confer for purposes of reaching an agreement, if possible, upon any modification." *Id*.

Although the Plaintiff was unable to meet and confer with New Prime, the Plaintiff has shown good cause for the requested suspension of deadlines. Accordingly, the request is GRANTED.

**CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Emergency Request for Suspension of All Deadlines and Briefing Pending Mediation (#142) is **GRANTED**;

**IT IS FURTHER ORDERED** that all deadlines and briefing currently due on or before April 5, 2013, are hereby due April 12, 2013.

DATED this __28th__ day of March, 2013.

NANCY J. KOPPE
United States Magistrate Judge