AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Osckel et al.,

Plaintiffs,

V.

Pardee et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00154-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Plaintiff's Edward Osckel and Tonay Osckel shall recover from defendant New Prime, Inc. judgment in the amount of $4,500,000.00, inclusive of all costs and attorneys fees.

April 30, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk